# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| SARAH CALAME<br>38485 HWY 440<br>FRANKLINTON LA  70438 | 17-12373<br>Chapter 13<br>Section A |

## TRUSTEE'S NOTICE OF FILING OF FINAL ACCOUNT

NOTICE IS GIVEN that the debtor(s), appear to have completed the payments due under their confirmed plan.  The Chapter 13 Trustee believes the estate has been fully administered and has, therefore, filed a Final Account (a copy of which is available for examination at the Office of the Clerk of Court of the United States Bankruptcy Court or contact Kristin at the Trustee's office by calling  504-831-1313 ext 1016 or emailing kristinp@ch13no.com) and is prepared to close the case pursuant to 11 U.S.C. §350(a), 11 U.S.C. §1302(b) and Federal Rule of Bankruptcy Procedure 5009.

In accordance with the procedures set forth herein, the Trustee's Final Account shall be approved and the Trustee discharged, UNLESS written objection to the Trustee's Final Accounting is filed there to with the Clerk of the Bankrutpcy Court, 500 Poydras St, Ste B-601, New Orleans, LA 70130, and Notice given to the trustee, the debtor(s) and debtor(s) counsel. TO BE CONSIDERED, any such objection to the Final Accounting MUST be filed within twenty-eight (28) days of the date the Chapter 13 Trustee certifies he mailed this NOTICE. If any objection is timely filed and noticed, the objecting party will be notified by the Trustee of the date, time, and place of the hearing on the objection to the Final Accounting.

Attorney for Debtor:

TIMOTHY P KIRKPATRICK
kirkpatrick@kirkpatrick-law.com

# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| SARAH CALAME<br>38485 HWY 440<br>FRANKLINTON LA 70438 | 17-12373<br>Chapter 13<br>Section A |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the following document was served on 12/13/2022 by first class mail, prepaid, upon the debtor and required parties:

SARAH CALAME
38485 HWY 440
FRANKLINTON, LA 70438-0000

PRA RECEIVABLES MANAGEMENT LLC
PORTFOLIO RECOVERY ASSOCIATES
PO BOX 12914
NORFOLK, VA 23541-0000

AMERICREDIT
PO BOX 183853
ARLINGTON, TX 76096-0000

HYUNDAI MOTOR FINANCE CORP
ATTN BANKRUPTCY
PO BOX 20809
FOUNTAIN VALLEY, CA 92728-0809

LOUISIANA DEPARTMENT OF REVENUE
PO BOX 66658
BATON ROUGE, LA 70896-9988

RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

US DEPT OF EDUCATION
PO BOX 790321
ST LOUIS, MO 63197-0321

WORLD ACCEPTANCE CORP
ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE, SC 29606-0000

BY: /s/ Leslie Spain